RICHARD SEGERBLOM, ESQ., Bar # 1010
700 South Third Street
Las Vegas, Nevada 89101
Telephone:   702.388.9600
Fax No.:        702.385.2909

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:        702.862.8811

JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone:   949.705.3000
Fax No.:        949.724.1201

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON, | CASE NO. 2:12-CV-01673-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR, | |
| Defendant. | **[FIRST REQUEST]** |

In compliance with Local Rules 6-1 and 26-4, Defendants CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR (collectively referred to as "Defendants") and Plaintiff ELENA RODRIGUEZ-MALFAVON ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

an opposition to Defendants' Motion for Summary Judgment (Doc #39) filed January 7, 2015 by 30-days. The current deadline to file the opposition is February 2, 2015.[1] The new deadline for Plaintiff's opposition will be, up to and including, **March 4, 2015**.

This stipulation is submitted as an extension is necessary because Plaintiff's counsel was required to spend time out of the office in January 2015 due to a family member's medical emergency. Additionally, throughout the month of February 2015, Plaintiff's counsel will spend a significant amount of time serving in the Nevada legislature. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: January 30, 2015

Respectfully submitted,

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: January 30, 2015

Respectfully submitted,

/s/ Ethan D. Thomas
PATRICK H. HICKS, ESQ.
JAMIE CHU, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

**ORDER**

**IT IS SO ORDERED.**

Dated: _February 2_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:131455387.1 026133.1015

---

[1] The generated deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. #39) is January 31, 2015. As January 31, 2015 falls on a non-business day, the deadline is Monday, February 2, 2015.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800