

Case 2:12-cv-01673-APG-PAL   Document 43   Filed 03/03/15   Page 1 of 3

| | |
|---|---|
| 1 | RICHARD SEGERBLOM, ESQ., Bar # 1010 |
| | 700 South Third Street |
| 2 | Las Vegas, Nevada 89101 |
| | Telephone:    702.388.9600 |
| 3 | Fax No.:       702.385.2909 |
| 4 | Attorney for Plaintiff |
| | ELENA RODRIGUEZ-MALFAVON |
| 5 | |
| | PATRICK H. HICKS, ESQ., Bar # 4632 |
| 6 | ETHAN D. THOMAS, ESQ., Bar # 12874 |
| | LITTLER MENDELSON, P.C. |
| 7 | 3960 Howard Hughes Parkway, Suite 300 |
| | Las Vegas, NV  89169-5937 |
| 8 | Telephone:    702.862.8800 |
| | Fax No.:       702.862.8811 |
| 9 | |
| | JAMIE CHU, ESQ., Bar # 10546 |
| 10 | LITTLER MENDELSON, P.C. |
| | 2050 Main Street, Suite 900 |
| 11 | Irvine, CA 92614 |
| | Telephone:    949.705.3000 |
| 12 | Fax No.:       949.724.1201 |
| 13 | Attorneys for Defendants |
| | CLARK COUNTY SCHOOL DISTRICT, |
| 14 | EDWARD GOLDMAN and ANITA WILBUR |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON, | CASE NO. 2:12-CV-01673-APG-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR, | |
| Defendant. | **[SECOND REQUEST]** |

In compliance with Local Rules 6-1 and 26-4, Defendants CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR (collectively referred to as "Defendants") and Plaintiff ELENA RODRIGUEZ-MALFAVON ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff to file

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

an opposition to Defendants' Motion for Summary Judgment (Doc #39) filed January 7, 2015 by 120-days. The initial deadline for filing the opposition was February 2, 2015. Pursuant to the parties' first stipulation to extend the deadline for Plaintiff to file an opposition to Defendants' Motion for Summary Judgment, the deadline was extended to March 4, 2015. The new deadline for Plaintiff's opposition will be, up to and including, **July 1, 2015**.

This stipulation is submitted as an extension is necessary because Plaintiff's counsel is continuing to assist with a family member's medical condition which requires regular treatment at the Mayo Clinic in Phoenix, Arizona. Additionally, from now until June 1, 2015, Plaintiff's counsel will be spending his weekdays and some weekends serving as a State Senator in the Nevada legislature in Carson City, Nevada. To that end, NRS 1.310(2) and (3) provide that:

> 2. If an attorney for a party to any action or proceeding in any court or before any administrative body, who was actually employed before the commencement of any legislative session, is a member of the Legislature of the State of Nevada, or is President of the Senate, that fact is sufficient cause for the adjournment or continuance of the action or proceeding, including, without limitation, any discovery or other pretrial or posttrial matter involved in the action or proceeding, for the duration of any legislative session.
>
> 3. The adjournment or continuance provided for in subsections 1 and 2 must be granted without the imposition of terms.

Although this Court is obviously not bound by Nevada law, it can certainly look to guidance set forth in Nevada law if it is relevant.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purposes of delay. They also agree that given the length of this proposed continuance no further extensions will be granted to the Plaintiff and/or her attorney.

Dated: March 3, 2015

Respectfully submitted,

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: March 3, 2015

Respectfully submitted,

/s/ Ethan D. Thomas
PATRICK H. HICKS, ESQ.
JAMIE CHU, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

**ORDER**

**IT IS SO ORDERED.**

Dated: __March 3_____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:132016249.1 026133.1015

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.