PATRICK H. HICKS, ESQ., Bar # 4632
ETHAN D. THOMAS, ESQ., Bar # 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

JAMIE CHU, ESQ., Bar # 10546
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR,<br><br>Defendants. | CASE NO. 2:12-CV-01673-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

In compliance with Local Rules 6-1 and 26-4, Plaintiff ELENA RODRIGUEZ-MALFAVON (hereinafter "Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR (hereinafter "Defendants"), by and through their counsel of record, hereby stipulate and agree to extend the time for Defendants to file a Reply in Support of Their Motion for Summary Judgment, up to and including **October 7, 2015**.

Defendants' Motion for Summary Judgment was filed on January 7, 2015. **[Doc. #39]**. The initial deadline for filing the opposition was February 2, 2015. Pursuant to the parties' first stipulation to extend the deadline for Plaintiff to file an opposition to Defendants' Motion, the

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

deadline was extended to March 4, 2015. **[Doc. #41].** The parties subsequently stipulated to a second extension up to and including July 1, 2015 in light of Plaintiff's Counsel's service as a State Senator in the Nevada legislature in Carson City, Nevada and because Plaintiff's counsel was assisting with a family member's medical condition which required regular treatments at the Mayo Clinic in Phoenix, Arizona. **[Doc. #43].** The parties then stipulated to a third extension up to and including July 30, 2015 in light of Plaintiff's Counsel's continued assistance with his family member's medical condition. **[Doc. #45].** As part of Plaintiff's third stipulated extension, the parties also stipulated to enlarge the time for Defendants to file a reply in support of their Motion, up to and including, the current deadline of **August 28, 2015**. **[Dkt. #45].** Plaintiff's opposition to Defendants' Motion was filed on July 30, 2015. **[Dkt. # 46].**

   The parties agree that this extension is necessary because (1) Defense counsel has experienced a heavy workload throughout the month of August preventing him from having adequate time to prepare the reply; (2) from August 21, 2015 to September 8, 2015, Defense Counsel will be on paternity leave; and (3) when counsel returns from leave, he will need sufficient time to prepare the reply, in addition to completing other tasks relating to his case load.

////

////

////

////

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

2.

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: August 24, 2015 | Dated: August 24, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Richard Segerblom<br>RICHARD SEGERBLOM, ESQ. | /s/ Ethan D. Thomas<br>PATRICK H. HICKS, ESQ.<br>JAMIE CHU, ESQ.<br>ETHAN D. THOMAS, ESQ.<br>LITTLER MENDELSON, P.C. |
| Attorney for Plaintiff<br>ELENA RODRIGUEZ-MALFAVON | Attorneys for Defendants<br>CLARK COUNTY SCHOOL DISTRICT,<br>EDWARD GOLDMAN and ANITA WILBUR |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 24, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.