BRUCE C. YOUNG, ESQ., Bar #5560
ETHAN D. THOMAS, ESQ., Bar #12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

JAMIE CHU, ESQ., Bar #10546
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone:    949.705.3000
Fax No.:       949.724.1201

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR,<br><br>Defendants. | CASE NO. 2:12-CV-01673-APG-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE A JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]** |

   Plaintiff, ELENA RODRIGUEZ-MALFAVON and Defendant, CLARK COUNTY SCHOOL DISTRICT[1], by and through their respective counsel of record, do hereby stipulate and agree to extend the current deadline to file a Joint Pretrial Order of February 5, 2016, by an additional two weeks, up to and including **February 19, 2016**.

---

[1] While not specifically addressed in the Court's Order, Defendants Edward Goldman and Anita Wilbur were effectively dismissed from this action by virtue of the Court's decision on Defendants' Motion for Summary Judgment. [**Doc. #50**]. As noted in that Order, the only remaining claim to be resolved at trial is Plaintiff's Title VII retaliation claim pertaining to her time in the Purchasing Department, which by law cannot be asserted against individual Defendants Goldman and Wilbur.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree that the instant extension is necessary because although the parties have begun preparing the order, the caseload of counsel for both parties during the month of January has not allowed them sufficient time to discuss and come to an agreement on various issues in order to complete the Pretrial Order. The instant extension is also necessary because lead counsel for Defendant has a previously scheduled week-long vacation starting January 28, 2016. It is important to note that a trial date has not yet been set in this case, and as such, the trial will not need to be postponed due to the requested extension.

This is the parties' second request for an extension of this deadline and it is sought in good faith and not for the purpose of delay.

Dated: January 27, 2016

Respectfully submitted,

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: January 27, 2016

Respectfully submitted,

/s/ Ethan D. Thomas
BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
EDWARD GOLDMAN and ANITA WILBUR

**ORDER**

**IT IS SO ORDERED.**

Dated: January 29, 2016.

UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.