1   BRUCE C. YOUNG, ESQ., Bar #5560
    ETHAN D. THOMAS, ESQ., Bar #12874
2   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway, Suite 300
3   Las Vegas, NV  89169-5937
    Telephone:     702.862.8800
4   Fax No.:        702.862.8811

5   Attorneys for Defendants
    CLARK COUNTY SCHOOL DISTRICT,
6   EDWARD GOLDMAN and ANITA WILBUR

7

8                        UNITED STATES DISTRICT COURT

9                            DISTRICT OF NEVADA

10

11  ELENA RODRIGUEZ-MALFAVON,              CASE NO. 2:12-CV-01673-APG-PAL

12             Plaintiff,

13  vs.                                    **[PROPOSED] STIPULATION AND
                                           ORDER TO EXTEND TIME FOR THE
                                           PARTIES TO FILE A JOINT PRETRIAL**
14  CLARK COUNTY SCHOOL DISTRICT,          **ORDER**
    EDWARD GOLDMAN and ANITA
15  WILBUR,                                **[THIRD REQUEST]**

16             Defendants.

17
            Plaintiff, ELENA RODRIGUEZ-MALFAVON and Defendant, CLARK COUNTY
18
    SCHOOL DISTRICT[1], by and through their respective counsel of record, do hereby stipulate and
19
    agree to extend the current deadline to file a Joint Pretrial Order of February 19, 2016, by an
20
    additional week, up to and including **February 26, 2016**.
21
            The parties agree that the instant extension is necessary because although both parties have
22
    exchanged drafts of the pretrial order, the caseload and other responsibilities of counsel for both
23
    parties has not allowed them sufficient time to come to an agreement on various issues in order to
24
    complete the Pretrial Order.  The instant extension is also necessary because counsel for Plaintiff has
25

26  ---
    [1] While not specifically addressed in the Court's Order, Defendants Edward Goldman and Anita Wilbur were effectively
    dismissed from this action by virtue of the Court's decision on Defendants' Motion for Summary Judgment. [**Doc. #50**].
27  As noted in that Order, the only remaining claim to be resolved at trial is Plaintiff's Title VII retaliation claim pertaining
    to her time in the Purchasing Department, which by law cannot be asserted against individual Defendants Goldman and
28  Wilbur.

LITTLER MENDELSON, P.C.
    ATTORNEYS AT LAW
3960 Howard Hughes Parkway
       Suite 300
Las Vegas, NV  89169-5937
     702.862.8800

1   had previously scheduled commitments related to the Presidential Caucus which has taken him out

2   of the office this week.  It is important to note that a trial date has not yet been set in this case, and as

3   such, the trial will not need to be postponed due to the requested extension.

4           This is the parties' third request for an extension of this deadline and it is sought in good faith

5   and not for the purpose of delay.

6   Dated:  February 19, 2016                    Dated:  February 19, 2016

7   Respectfully submitted,                       Respectfully submitted,

8

9   /s/ Richard Segerblom                        /s/ Ethan D. Thomas
    RICHARD SEGERBLOM, ESQ.            BRUCE C. YOUNG, ESQ.
10                                                           ETHAN D. THOMAS, ESQ.
    Attorney for Plaintiff                          LITTLER MENDELSON, P.C.
11  ELENA RODRIGUEZ-MALFAVON
12                                                           Attorneys for Defendants
                                                             CLARK COUNTY SCHOOL DISTRICT,
13                                                           EDWARD GOLDMAN and ANITA WILBUR

14

15                                             **ORDER**

16
        **IT IS SO ORDERED.**
17      IT IS FURTHER ORDERED that no further extensions will be allowed.
                                    Dated: _____ February 22 , 2016.
18

19

20
                                    _____
21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.