1  BRUCE C. YOUNG, ESQ., Bar #5560
   ETHAN D. THOMAS, ESQ., Bar #12874
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811
   Email: byoung@littler.com
5           edthomas@littler.com

6  Attorneys for Defendant
   CLARK COUNTY SCHOOL DISTRICT
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10

11 | ELENA RODRIGUEZ-MALFAVON,        | CASE NO. 2:12-CV-01673-APG-PAL |
12 | Plaintiff,                        |                                 |
13 | vs.                               | **STIPULATION AND ORDER TO EXCLUDE CERTAIN EVIDENCE AT TRIAL** |
14 | CLARK COUNTY SCHOOL DISTRICT,     |                                 |
15 | Defendant.                        |                                 |

Plaintiff ELENA RODRIGUEZ-MALFAVON ("Plaintiff") and Defendant CLARK COUNTY SCHOOL DISTRICT ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to exclude certain evidence at trial pursuant to Local Rule 16-3.

Local Rule 16-3 now requires the parties to participate in the meet-and-confer process prior to filing motions in limine before the Court. **LR 16-3**. The parties recently engaged in meet-and-confer efforts regarding four specific issues Defendant proposed should be excluded from trial. Having reached an agreement on those issues, the parties hereby stipulate to exclude the following evidence from the upcoming trial which is limited to Plaintiff's Title VII retaliation claim:

1. Any evidence or references to other past instances of alleged discrimination or retaliation of other CCSD employees by Bramby Tollen, Edward Goldman, or any other CCSD employee.

2. Any evidence or references to the circumstances surrounding why Bramby Tollen's employment with CCSD ended in 2014.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3. Any evidence or references to alleged medical damages or injuries Plaintiff claims to have suffered as a result of the alleged Title VII retaliation.

4. Any evidence or references to indirect financial damages Plaintiff claims to have suffered because of her demotion in 2011, including but not limited to the need for Plaintiff to refinance her cars or home.

The parties file the instant stipulation to memorialize these agreements and ask that the Court herby Order that evidence or references to these issues be excluded from trial in this matter.

Dated: August 19, 2016

Respectfully submitted,


/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: August 19, 2016

Respectfully submitted,


/s/ Ethan D. Thomas
BRUCE C. YOUNG, ESQ.
ETHAN D. THOMAS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 22, 2016.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.