1  RICHARD SEGERBLOM, ESQ.
   Nevada Bar No. 1010
2  701 E. Bridger Ave., #520
   Las Vegas, Nevada 89101
3  Tel: (702) 388-9600
   Fax: (702) 385-2909
4  Attorney for Plaintiff

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF NEVADA**

8

9  ELENA RODRIGUEZ-MALFAVON,              )
                                          )
10             Plaintiff,                 )
                                          )
11 vs.                                    )      2:12-cv-1673-APG-PAL
                                          )
12 CLARK COUNTY SCHOOL                    )
   DISTRICT, EDWARD GOLDMAN and           )
13 ANITA WILBUR,                          )
                                          )
14             Defendants.                )
                                          )
15 _____        )

16

17

18                    **MOTION IN LIMINE**

19        COMES NOW Plaintiff Elena Rodriguez-Malfavon and moves the Court to

20 limit testimony and evidence regarding anything which happened after the Plaintiff

21 was transferred in August, 2010.  This motion is based on the pleadings and papers

22 on file together with the attached points and authorities and exhibits.

23        Dated this 26th day of August, 2016.

24

25                         //Richard Segerblom
                           RICHARD SEGERBLOM
26                         701 E. Bridger Ave #520
                           Las Vegas, NV 89101
27                         Attorney for Plaintiff

28

## POINTS AND AUTHORITIES

This case involves a long-term Clark County School District ("CCSD") administrator, Plaintiff Rodriguez-Malfavon, who was demoted in 2011 after receiving two unsatisfactory annual evaluations in 2010 and 2011.  Exh. 1 and 2. In granting in part and denying in part the Defendants' motion for summary judgment the Court ruled that there is a question of fact as to whether the first unsatisfactory evaluation was issued in retaliation for the Plaintiff engaging in protected activity.  Thus the sole issue for the jury to decide is whether the 2010 evaluation was retaliatory or not.

Given the limited nature of the trial there is no need to introduce evidence and testimony concerning things which happened after the Plaintiff received the 2010 negative evaluation and asked the Defendant's counsel to stipulate to that limitation.  Defense counsel rejected the stipulation and indicated they think the 2011 evaluation is relevant because the fact that it was also unsatisfactory is admissible to prove that the 2010 evaluation was issued legitimately and not in retaliation.  To date, Defense counsel has provided no legal authority to support this position.

The two evaluations in question were given by two different individuals covering two different job assignments.  The 2010 evaluation covered the Plaintiff's work performance in the purchasing department, the 2011 evaluation covered the Plaintiff's performance doing different duties at the AIS High School. Furthermore, the evaluations were issued by two different administrators.  The Plaintiff rejects the Defendant's assertion that her unsatisfactory work performance in 2011 is admissible to prove that her work performance in 2010 was unsatisfactory.

1

2 **<u>Legal Argument</u>**

3       Rodriguez-Malfavon's 2011 annual evaluation is not relevant to the issue

4 that the jury will decide in this trial - namely, whether her 2010 annual evaluation

5 was issued in retaliation for her protected activity.  Federal Rules of Evidence Rule

6 401 states:

7       Evidence is relevant if:

8              (a)    it has any tendency to make a fact more or less probable than it

9                     would be without the evidence; and

10             (b)    the fact is of consequence in determining the action.

11 The question presented here is whether the fact that a different administrator

12 observing Rodriguez-Malfavon work at a different location and in a different job is

13 relevant to prove that her previous administrator legitimately believed her work

14 performance was unsatisfactory.

15       It is not clear under what basis the Defendant will try to assert that the 2011

16 evaluation is relevant.  Assuming the Defendant believes that the fact that

17 Rodriguez-Malfavon received a negative evaluation in 2011 shows that poor

18 performance is a character trait, Rule 404(a) specifically provides that "[e]vidence

19 of a person's character or character trait is not admissible to prove that on a

20 particular occasion the person acted in accordance with the character or trait."

21 Rule 404(a) therefore precludes the admission of the 2011 evaluation.

22       If the Defendant is asserting that the 2011 evaluation is evidence of a "bad

23 act," Rule 404(b) states that "[e]vidence of crime, wrong, or other act is not

24 admissible to prove a person's character in order to show that on a particular

25 occasion the person acted in accordance with the character."  Thus Rule 404(b)

26 also precludes admission of the 2011 evaluation.

27

28

3

1     *Neuren v. Adduci, Mastriani, Meeks & Schill,* 43 F.3d 1507 (D.C.Cir.1995),

2 is instructive and supports the Plaintiff's position.  In that case, the plaintiff's

3 employer sought to introduce evidence from previous employers to prove the

4 plaintiff could not perform her job.  The court held that Rules 404(a) and (b) both

5 precluded that evidence.  Likewise, here, Rules 404(a) and (b) should preclude the

6 evidence of a subsequent job in this case.

7     Accordingly, based on the Federal Rules of Evidence Rodriguez-Malfavon

8 believes that her 2011 annual evaluation is not relevant and should be precluded

9 from the trial.

10     Dated this 26th day of August, 2016.

11                           //Richard Segerblom

12                           RICHARD SEGERBLOM
                           701 East Bridger Ave., Ste. 520

13                           Las Vegas, NV 89101
                           Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

9998—500007

CCF-7
Rev. 11/08

**Clark County School District**

# PERFORMANCE EVALUATION REPORT — Central Office Administrator

JUN 28 2010 PM 04:04

Employee Name: Elena Rodriguez-Malfavon                    Department: Purchasing & Warehousing

Title: Coordinator III _____      Social Security No. (last 4 digits) __2413__    Date: __6/24/10__

Years as Administrator: __8__    Years in CCSD: __20__    Page 1 of: __1__

Analysis of performance, completion of previous directions, directions and other factors which are pertinent to the
performance of a probationary/postprobationary administrator.

Performance Indicators/Analysis:  (indications of performance in relation to established standards.)

| | Satisfactory | Needs Improvement* | Not Satisfactory* |
|---|---|---|---|
| A. Assessment/Analysis/Planning | X | | |
| B. Supervision and Evaluation | | | X |
| C. Leadership | | | X |
| D. Parent/Community Relations | X | | |
| E. Organization and Management | | X | |
| F. Intra-District Relations | X | | |
| G. Other: (i.e. professional responsibilities, etc.) | | X | |

[*Any area(s) marked "Needs Improvement" and/or "Not Satisfactory" require(s) further documentation and references.  A performance rating
of NOT SATISFACTORY in any category results in an overall rating of Not Satisfactory.]

**Summary/Analysis of Performance (comments required regardless of rating):**
Ms. Rodriguez-Malfavon has not adequately demonstrated the abilities required of an administrator/professional technical employee in the
Purchasing Department.  While she does not have a purchasing background, it was anticipated that she would be brought up to speed slowly,
utilizing expected managerial skills while learning the tasks of the purchasing function.  She instead has approached her job as if it were a support
staff position, showing up for eight hours per day (including breaks which are not part of an administrator's minimum eight hour work day) as
discussed in summaries of conference dated November 9, 2010 and March 11, 2010.  From day one in the department, she has been more
concerned with documenting perceived slights and the behavior of others (as discussed in a summary of conference dated November 9, 2009)
rather than looking to increase her knowledge and responsibilities and, consequently, her value to the department.  She has involved support staff
in her personal issues with Purchasing Department management and has attempted to undermine management on policy involving support staff as
documented in a disciplinary document dated December 3, 2009 and a summary of conference dated March 11, 2010.  She was placed in a
supervisory position over a purchasing team in October 2009.  She subsequently expressed reservations about her ability to do the job.  She was
removed from supervisory duties over Purchasing staff as per a memo from Bramby Tollen dated November 17, 2009.  Administrative assistance
was provided to Ms. Rodriguez-Malfavon on multiple occasions in the form of conferences and documents.  No significant improvement has been
noted.

**Previous Directions:**
Please see attached milestones sheet.  Most goals were met or started, however Ms. Rodriguez-Malfavon's responsibilities were shifted during the
year negating some of the early direction.  One significant goal that was not met was the establishment of a quarterly supplier fair.

**Directions:**
Focus on providing value as an administrator by seeing tasks through to satisfactory completion.

I certify that I have supervised and evaluated the professional performance of the above named      ☐ probationary   ☒ postprobationary
employee, and I certify that to date this school year the administrator's overall performance        ☐ is   ☒ is not satisfactory.

Al Rintcher _____                    Coordinator IV _____       *Alan W. (signature)*       6/24/10
Print/Type Name of Supervisor              Title                              Signature                    Date

*E. (signature)*                          C III                                                            6-21-10
Employee Signature                        Title                                                           Date

☒ A response will be made within timelines established by the applicable negotiated agreement.

☐ A response was submitted on _____                              _____       _____
                              Date                        Signature of Supervising Administrator Receiving Response       Date

EMPLOYEE: I certify that this report has been discussed with me.  I understand my signature does not necessarily indicate agreement.

CCSD

031   Distribution:   Original/White: Division Superintendent, then Administrative Personnel Services, Human Resources Division
                      2nd Copy/Yellow: Supervisor - Work Location File        3rd Copy/Pink: Employee

CCSD000113

| Project | Elena Rodriguez-Mahheven | | | | | |
|---|---|---|---|---|---|---|
| | Milestone | | | | | |
| | July | August | September | October | November | December |
| 1.1 KPIs-Individual | Prepare/complete Test Strips for future Support Pack | Learn Testing Software for SAP | Cross-train Catalog load | Lead R220 functions for 1 week | Cross-train Catalog load | Lead R220 functions for 1 week |
| 1.1 KPIs-Individual | Prepare for initial Catalog Picture Load* | Catalog Picture Load | Catalog Picture Load | Catalog Picture Load | Lead Enhancement Plan | Catalog Picture Load |
| 1.2 Documentation | Learn and document 1 key process at Purchasing Maintenance | Learn and document 1 key process at Purchasing Maintenance | Learn, review, and document bid process at Purchasing Maintenance | Follow bid document process and put out a bid for Purchasing Maintenance | Learn and document 1 key process at Purchasing Maintenance | Lead Enhancement Plan Documentation and Implementation |
| 2.1 Training | Partake class advance Excel 2007 | Work towards Purchasing Certification CPPB | Attend Bid training class | Work towards Purchasing Certification CPPB | Work towards Purchasing Certification CPPB | Work towards Purchasing Certification CPPB |
| 2.1 Training | Lead Reading Group Main office | Lead Reading Group Maintenance Office w/Charlie | Create "Soft Skill Training" | Create Central Training | Teach "Soft Skill" Class for Administrators | Teach "Soft Skill" Class for Administrators |
| 2.2 Skill Sets/Job Descriptions | Work with Kris to create/identify certification training program | Work with Kris to create/identify certification training program | Work with Kris to create/identify certification training program | Work with Kris to create/identify certification training program | Work with Kris to create/identify certification training program | Work with Kris to create/identify certification training program |
| 3.1 Internal-Committees | Lead Supplier Appreciation Committee | Lead Supplier Appreciation Committee | Lead Supplier Appreciation Committee | Lead Supplier Appreciation Committee | Lead Supplier Appreciation Committee | Lead Supplier Appreciation Committee |
| 3.1 Internal-Committees | Lead spin off of Health & Fitness Committee | Actively participate on Health & Fitness Committee | Lead spin off of Health & Fitness Committee | Actively participate on Health & Fitness Committee | Lead spin off of Health & Fitness Committee | Actively participate on Health & Fitness Committee |
| 3.1 Internal-Communication | Attend Team Meeting and publish minutes | Submit data to PWMG Connection News Letter | Attend Team Meeting and publish minutes | Submit data to PWMG Connection News Letter | Attend Team Meeting and publish minutes | Submit data to PWMG Connection News Letter |
| 3.2 District Communications | Provide information on PWMG Web | Attend Production Support Meeting/BSS Team | Provide Information on PWMG Web | Provide Information on PWMG Web | Attend Production Support Meeting/BSS Team | Provide Information on PWMG Web |
| 3.3 External Communications | Set up supplier quarterly fair | Hold supplier fair | Attend Outreach/Chamber meeting | Set up supplier quarterly fair | Hold supplier fair | Attend Outreach/Chamber meeting |

CCSD000114

# EXHIBIT 2

9998—500007

CCF-7
Rev. 11/08

Clark County School District
# PERFORMANCE EVALUATION REPORT — CENTRAL OFFICE ADMINISTRATOR

Employee Name: **Elena Rodriguez-Malfavon**          Department: AISHS #879

Title: **Coordinator**                      Social Security No. (last 4 digits): 2413     Date: 06/02/11

Years as Administrator: **9**          Years in CCSD: **21**     Page 1 of **2**

Analysis of performance, completion of previous directions, directions and other factors which are pertinent to the performance of a probationary/postprobationary administrator.

Performance Indicators/Analysis:  (indications of performance in relation to established standards.)

| | | Satisfactory | Needs Improvement* | Not Satisfactory* |
|---|---|:---:|:---:|:---:|
| A. | Assessment/Analysis/Planning | ☐ | ☐ | ☑ |
| B. | Supervision and Evaluation | ☐ | ☐ | ☑ |
| C. | Leadership *N.A.* | ☐ | ☐ | ☐ |
| D. | Parent/Community Relations *N.A.* | ☐ | ☐ | ☐ |
| E. | Organization and Management | ☐ | ☐ | ☑ |
| F. | Intra-District Relations | ☑ | ☐ | ☐ |
| G. | Other: (i.e. professional responsibilities, etc.) | ☐ | ☐ | ☑ |

(*Any area(s) marked "Needs Improvement" and/or "Not Satisfactory" require(s) further documentation and references.  A performance rating of NOT SATISFACTORY in any category results in an overall rating of Not Satisfactory.)

Summary/Analysis of Performance (comments required regardless of rating):

Please refer to page two.

Previous Directions:

1. June 24, 2010 evaluation: Focus on providing value as an administrator.  This directive has not been met.

Directions:

1. Focus on providing value as an administrator.
2. Comply with all directives, past and present.

I certify that I have supervised and evaluated the professional performance of the above named ☐ probationary  ☑ postprobationary employee, and I certify that to date this school year the administrator's overall performance ☐ is  ☑ is not satisfactory.

| Anita Wilbur | AISHS Principal | *Anita Wilbur* | 06.06.11 |
|---|---|---|---|
| Print Type Name of Superior | Title | Signature | Date |
| *(signature)* | *Coordinator III* | | 6-22-11 |
| Employee Signature | Title | | Date |

☒ A response will be made within timelines established in the applicable negotiated agreement.

☐ A response was submitted on _____
                              Date

_____          _____
Signature of Supervising Administrator Receiving Response          Date

EMPLOYEE: I certify that this report has been discussed with me.  I understand my signature does not necessarily indicate agreement.

031   Distribution: Original/White: Division Superintendent, then Administrative Personnel Services, Human Resources Division
2ⁿᵈ Copy/Yellow: Supervisor - Work Location File          3ʳᵈ Copy/Pink: Employee

CCSD

CCSD000290

9998-500010

CCF-10 (Rev. 09/09)

Clark County School District
# PERSONNEL RECORD — CONTINUATION SHEET

Name: Elena Rodriguez-Malfavon                                          Social Security No. (last 4 digits): 2413

CCF- 7                          Date: 06/02/11                          Page No: 2 of 2

A. Assessment/Analysis /Planning   Elena Rodriguez-Malfavon needs to demonstrate improvement in this area. Observations of staff and facilities management (i.e. shelter in place, fire keys distribution) were not completed in a timely manner, as evidenced by a disciplinary document dated May, 26, 2011.

B. Supervision and Evaluation   Elena Rodriguez-Malfavon is not satisfactory in this area. She was assigned the supervision and evaluations of support staff at the Academy for Individualized Study High School (AISHS). The registrar's evaluation was due on April 1, 2011. She had to be reminded by this supervisor to complete the support staff evaluation. The evaluation was issued 12 days late, due as of April 1, 2011, as stated in a disciplinary document dated May 26, 2011.

C. Leadership; Not Applicable

D. Parent/Community Relations: Not Applicable

E. Organization and Management   Elena Rodriguez-Malfavon is not satisfactory in this area, as evidenced by a disciplinary document she received dated May 26, 2011. As one part of her assigned duties dealing with the facility, Mrs. Rodriguez-Malfavon was assigned responsibility for ensuring that all employees have the required fire alarm keys. In checking, I discovered that no employee had been issued the required fire alarm key, which is an extremely serious matter.

F. Intra-District Relations   Elena Rodriguez-Malfavon is satisfactory in this area.

G. Other   Elena Rodriguez-Malfavon is not satisfactory in this area, as evidenced by the following concerns outlined in a disciplinary document dated May 26, 2011.

"On May 3, 2011 you logged into the AISHS attendance calendar and entered a departure time of 12:12 pm and a return time of 1:00 pm while at site #128 where you were to meet with Mr. Waldron, executive director of the Education Services Division. When I was in the same building, I noticed you still talking with the secretary at 1:15 pm. You never corrected your time on the attendance calendar. To date, the record has still not been corrected."

"On February 28, 2011, you were present for a training session on the usage of the time clock by every employee. Everyone, including you, were instructed that March 2011, would be a month of practice implementation, after which, it would be mandatory for all employees to begin using the computerized time clock effective April 1, 2011. You were advised that I would be reviewing the time clock records at the end of April, 2011, to ensure compliance. Only beginning on April 18, 2011 did you begin to use the time clock, 17 days after the mandated start time."

Elena Rodriguez-Malfavon's overall performance is rated as not satisfactory.

| Signature of Employee | Date | Print/Type Name of Supervising Administrator | Signature | Date |
|---|---|---|---|---|
| *E. Rod/M* | 6-22-11 | Anita Wilbur | *Anita Wilbur* | 06-06-11 |

031   Distribution: Original/White: Area Associate/Division Superintendent, then Human Resources Division
2ⁿᵈ Copy/Yellow: Supervising Administrator - Work Location File   3ʳᵈ Copy/Pink: Employee

CCSD

CCSD000291

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of August, 2016, I served the foregoing Motion in Limine by ECF transmission to counsel for the Defendant.

//Richard Segerblom//
RICHARD SEGERBLOM, ESQ.
Attorney for Plaintiff

5