**FILED**
OCT - 5 2016
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ELENA RODRIGUEZ-MALFAVON, )
  )
  Plaintiff(s), )
  )
vs. ) 2:12-cv-1673-APG-PAL
  )
CLARK COUNTY SCHOOL DISTRICT, )
et al., )
  Defendant(s). )
_____ )

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that the meal for October 5, 2016 for said jury shall be paid by the Clerk of Court.

DATED this  5th  day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE