# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON <br> *Plaintiff* <br> v. <br> CLARK COUNTY SCHOOL DISTRICT, et al., <br> *Defendant* | Civil Action No. 2:12-cv-01673-APG-PAL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☑ tried by a jury with Judge Andrew P. Gordon presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Lance S. Wilson
Clerk

*/s/ Lance S. Wilson*

October 11, 2016
Date