PATRICK H. HICKS, ESQ., Bar # 4632
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT and ANITA WILBUR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR,<br><br>Defendants. | Case No. 2:12-CV-01673-APG-PAL<br><br>**STIPULATION TO SCHEDULE A SETTLEMENT CONFERENCE AND EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff, ELENA RODRIGUEZ-MALFAVON, and Defendants, CLARK COUNTY SCHOOL DISTRICT and ANITA WILBUR, by and through their respective counsel of record and pursuant to Local Rules 7-1 and 16-5, hereby file this Stipulation for an Order setting this matter for a settlement conference setting this matter for a settlement conference as requested by Plaintiff's counsel with assigned Magistrate Judge Leen and, pursuant to Local Rules IA 6-1 and LR II 7-1 and 26-4, further stipulate and agree to an extension to the deadline to file Joint Pretrial Order which is currently due on September 20, 2018.

This Court may set any appropriate cases for settlement conference or other alternative method of dispute resolution. See LR 16-5. The parties believe this case is appropriate for referral to a settlement conference in light of its procedural posture and given the mutual willingness to

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

participate in efforts to resolve this matter, especially before additional costs and fees are incurred in preparation for trial. Accordingly, the parties seek an Order scheduling the settlement conference with Magistrate Judge Leen.

Further, in the event no settlement is reached, the parties agree to an extension of forty-five days (45) days from the date of the conclusion of the settlement conference (or if Board approval is required within 45 days from the date of the Board meeting whereby settlement is presented for approval) to file the Joint Pretrial Order. This is the first request for an extension of this deadline and it is sought in good faith and not for the purpose of delay.

Dated: September 6, 2018

Respectfully submitted,

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: September 6, 2018

Respectfully submitted,

/s/ Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT and
ANITA WILBUR

**ORDER**

**IT IS SO ORDERED.**

Dated: September 7, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:156861346.1 026133.1015

2.