# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELENA REDRIGUEZ-MALFAVON,<br><br>　　　　　Plaintiff,<br>v.<br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-01673-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 136) |

This matter is before the court on the Substitution of Attorneys Within Firm (ECF No. 136). The law firm of Littler Mendelson seeks leave to substitute Hilary B. Muckleroy in the place of Ethan D. Thomas for defendants. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorneys Within Firm (ECF No. 136) is **GRANTED**.
2. Hilary B. Muckleroy is substituted in the place of Ethan D. Thomas for defendants, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 12th day of September, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1