PATRICK H. HICKS, ESQ., Bar # 4632
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT and ANITA WILBUR

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA RODRIGUEZ-MALFAVON,  Plaintiff,  vs.  CLARK COUNTY SCHOOL DISTRICT, EDWARD GOLDMAN and ANITA WILBUR,  Defendants. | Case No. 2:12-CV-01673-APG-PAL  **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, ELENA RODRIGUEZ-MALFAVON and Defendants, CLARK COUNTY SCHOOL DISTRICT and ANITA WILBUR, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: December 7, 2018

Respectfully submitted,

/s/ Richard Segerblom
RICHARD SEGERBLOM, ESQ.

Attorney for Plaintiff
ELENA RODRIGUEZ-MALFAVON

Dated: December 7, 2018

Respectfully submitted,

/s/ Hilary B. Muckleroy
PATRICK H. HICKS, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CLARK COUNTY SCHOOL DISTRICT and
ANITA WILBUR

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: December 7, 2018.

FIRMWIDE:160784517.1 026133.1015

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.