# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELENA RODRIGUEZ-MALFAVON, )
)
        Plaintiff, )
)    Case No.: 2:12-cv-01673-APG-PAL
vs. )
)
CLARK COUNTY SCHOOL DISTRICT, )
et al., )
        Defendant. )
)
_____ )

## ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 12:00 PM on **August 1, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **August 1, 2022**, the Clerk is authorized to destroy said exhibits on **August 12, 2022**.

**DATED** this  13th  day of     July      , 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by:_____

**PLEASE PRINT NAME**:_____Date:_____

Page 1 of 1